IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORPORACIÓN ADJUNTEÑA DE LA SALUD CAS, ANA DECLET-LARRINAGA AND GLORIA ORENGO-RAMÍREZ OR INDIVIDUALS X, Y and Z,<br><br>Defendants. | CIVIL NO. 26-cv-01054<br><br><br>CLAIMS PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §3729, ET SEQ. |

# COMPLAINT

The United States alleges as follows:

## I.   NATURE OF THE ACTION

1.   The United States brings this action under the False Claims Act, 31 U.S.C. §3729, et seq. ("FCA"), and common law to recover civil monetary penalties from the defendants' false claims presented to the United States Department of Health and Human Services, Medicare Programs in violation of federal law.

## II.   JURISDICTION AND VENUE

2.   Jurisdiction is proper pursuant to 28 U.S.C. §1345, and its general equitable jurisdiction.

3.   Venue is proper in this District under 28 U.S.C. §1391 and 31 U.S.C. §3732(a) because a substantial part of the events giving rise to this action occurred in this District.

4.   Pursuant to the provisions of 31 U.S.C. § 3731(b)(1), a civil action under the FCA may be brought within six years after the date on which the violations of §3729 were committed.

All actions averred in this complaint have been timely asserted within the aforementioned statute of limitations provisions.

### III.   PARTIES

5.      The Plaintiff is the United States of America, on behalf of the United States Department of Health and Human Services ("HHS).

6.      Corporación Adjunteña de la Salud CAS is an active for-profit corporation, registered with the Department of State for the Government of Puerto Rico, under number 89657. Corporación Adjunteña de la Salud CAS is a participating provider in federal health care programs under the National Provider Identifier 1477655694, as a multi-specialty and general practice group, with a primary practice location at 7 Calle Rius Rivera, Adjuntas, Puerto Rico 00601-2337.

7.      Defendant Gloria Orengo-Ramírez, as practice group Administrator, is an officer of Corporación Adjunteña de la Salud CAS and currently sits as the Secretary to the Board of Director.

8.      Defendant Ana Declet-Larrinaga performed administrative tasks for Dr. Antonio Declet-Manzanet, former President and majority shareholder of Corporación Adjunteña de la Salud CAS, by collaborating with Gloria Orengo-Ramírez in discharging her duties. Ana Declet-Larrinaga is also the daughter of Dr. Antonio Declet-Manzanet.

8.      Defendants X, Y and Z are natural or legal persons, acting on their own or organized as partnerships or corporate entities, be that as limited liability corporations, professional service corporations, or in any other form permitted by law, whom we designate with fictitious names, as their true names are not known at the present time. Defendants X, Y and Z are jointly and severally responsible and may answer to the Plaintiff for aiding, abetting and/or causing fraudulent claims to be submitted to the United States Government for payment, or furthering the fraudulent conduct by concealing the scheme, proceeds or assets resulting of fraud.

## IV. RELEVANT FEDERAL PROGRAMS

### The Medicare Program

9. Except as otherwise specifically noted, the allegations set forth below describe the Medicare Program ("Medicare"), as managed by HHS through its executive component, the Center for Medicare and Medicaid Services ("CMS"), for the period of January 1, 2021 to December 31, 2023. Medicare is a federal program that provides medical insurance for covered services to any person 65 years or older, to certain people with disabilities, and to individuals with chronic disease who elect coverage under the program.

10. HHS administers Medicare, through CMS. Medicare is a federal health care benefit program set forth in Title XVIII of the Social Security Act, 42 U.S.C. §§1395, et seq., that provides medical insurance for covered services to qualified individuals.

11. Medicare consists of different parts. "Part A" of Medicare covers health services provided by hospitals, skilled nursing facilities, hospices facilities, and home health agencies. "Part B" of Medicare is a medical insurance program that covers, among other things, certain physician services, outpatient services, and other services, including face-to-face office visits. "Part C" of Medicare, commonly referred to as Medicare Advantage (MA), provides beneficiaries with all the services provided under Parts A and B (except hospice care), in addition to mandatory supplemental benefits and optional supplemental benefits. "Part D" is an optional benefit that offers prescription drug coverage to everyone with Medicare. Parts A, B and D are not at issue here.

### Medicare Billing Procedure Under Part C

12. Under Part C, beneficiaries enroll in a managed care plan administered by private health insurance companies or Medicare Advantage Plans (MA Plans), which are contracted by CMS.

13. The MA Plans, such as Triple-S Advantage, MMM and MCS are licensed or otherwise authorized by the Government to assume risks for offering health insurance or health benefits coverage, while accepting prepaid capitation payments for providing, arranging, or paying for comprehensive health services to program beneficiaries under a Medicare Advantage contract.

14. MA Plan are responsible for receiving, adjudicating, and paying claims of authorized providers seeking reimbursement for the cost of health care benefits, items, or services provided to Medicare Part C beneficiaries.

15. Physicians who perform medical services in connection with the Medicare program apply for and, if approved, are assigned a "number". The number allow the physicians to submit bills, commonly referred to as "claims", for payment to Medicare, through MA Plans, to seek reimbursement for medical services that they had provided to Medicare Part C beneficiaries.

16. To receive payment from Medicare through the MA Plans, a physician is required to submit a health insurance claim form, known as Form HCFA-1500 ("HCFA 1500") wherein the physician certifies that the claims are true, correct, complete and that the form was prepared in compliance with the laws and regulations governing the Medicare program. Physicians further certify that the services billed were medically necessary and were, in fact, provided as billed.

17. Current Procedural Terminology (CPT) billing codes are numbers assigned to every task and service (procedure) a medical practitioner provides to a patient, including medical, surgical, and diagnostic services. CPT codes are used by health care benefit programs to determine, among other things, the amount of reimbursement that a provider will receive by a health care benefit program for a particular service. Only some CPT codes have a duration of time associated with them. For example, code 99213 is a face-to-face physician visit with a patient typically lasting 20-29 minutes. A face-to-face visit of more or less time would be billed using a separate code with corresponding durations of time.

## The Medicaid Program

18. The Medicaid Program ("Medicaid") is a joint federal-state program, established by Title XIX of the Social Security Act, intended to provide benefits to low-income individuals and families, who meet specified eligibility requirements, and other individuals that do not have adequate resources to pay for medical care. The Center for Medicare and Medicaid Services ("CMS") is responsible for overseeing the Medicaid program in participating states and United States territories, including Puerto Rico. Individuals who receive benefits under Medicaid, are also referred to as "beneficiaries".

19. Triple-S Salud (Vital) and MMM Multi-Health (Vital) are companies that service Medicaid claims in Puerto Rico, as managed care organizations (MCO).

## Billing procedures under Medicaid

20. Medicaid billing under managed care involves providers submitting claims directly to contracted MCOs, rather than the state's fee-for-service system. MCOs receive capitated payments (per member per month) to cover member services, which they use to pay providers based on negotiated rates.

21. Providers bill MCO directly, by submitting claims – often electronically, using the patient's specific identifier, as well as the providers National Provider Identification number. This billing must adhere to the plans specific fee schedule.

22. As in the case of billings submitted for payment to Medicare through the MA Plans, a provider under Medicaid will submit claims directly to the MCO within their specific timelines, using their provider portal or clearinghouse, completing forms CMS-1500 or UB-04. In these forms providers certify that the claims are true, correct, complete and that the form was prepared in compliance with the laws and regulations governing the Medicaid program. Providers further certify that the services billed were medically necessary and were, in fact, provided as billed.

23. For all relevant periods to this Complaint, Defendant Corporación Adjunteña de la Salud CAS was enrolled as provider to both the Medicare and for the Medicaid programs as a multi-specialty and general practice group, with a principal place of practice in Adjuntas, Puerto Rico.

## V.    DEFENDANT'S SUBMISSION OF FALSE CLAIMS

24. Plaintiff incorporates and re-alleges paragraphs 1 through 23 as if fully set forth herein.

25. The HHS-Office of the Inspector General (OIG) conducted an investigation of claims submitted by Defendant Corporación Adjunteña de la Salud CAS to the Medicaid and Medicare Advantage programs, for services and claims processed and paid for the period from January 1, 2021 to December 31, 2023.

26. From in or about January 1, 2021 to December 31, 2023, Defendants Corporación Adjunteña de la Salud CAS, Gloria Orengo-Ramírez and Ana Declet-Larrinaga, aiding and abetting each other, did knowingly execute a scheme to defraud and obtain, by means of false representations, money from Medicaid and Medicare Advantage programs, in connection with the delivery of and payment for benefits, items, and services.

27. From January 1, 2021 to December 31, 2023, Gloria Orengo-Ramírez, as officer of Corporación Adjunteña de la Salud CAS, with the collaboration of Ana Declet-Larrinaga, documented in progress notes and submitted claims billing for services based on false representations that Dr. Antonio Declet-Manzanet allegedly had face-to-face encounters with patients, when in fact these were seen and served by individuals other than himself.

28. Corporación Adjunteña de la Salud CAS submitted 746 unique claims for payment to the Medicaid and Medicare programs, in which it identified Dr. Antonio Declet-Manzanet as the rendering provider, for services to program beneficiaries during a face-to-face encounters, in

full knowledge that for the period of January 1, 2021 to December 31, 2023, he had retired and was refraining from practicing medicine at Corporación Adjunteña de la Salud CAS, due to health problems.

29. Accordingly, Corporación Adjunteña de la Salud CAS, while using its National Provider Identifier, fraudulently billed the Medicaid and Medicare Advantage programs, resulting in inappropriate payments of approximately $99,942.00, where it falsely represented that the claimed services were personally rendered by Dr. Antonio Declet-Manzanet, when, in reality, they were not.

## VI. CLAIM FOR RELIEF

### False Claims Act 31 U.S.C. §3729(a)(1)

30. This is a claim for civil monetary penalties under the False Claims Act (FCA), 31 U.S.C. §3729(a)(1).

31. Paragraphs 1 through 29 of this Complaint are re-alleged and incorporated herein as though fully set forth herein.

32. By virtue of the acts described above, Defendants, Corporación Adjunteña de la Salud CAS, Ana Declet-Larrinaga and Gloria Orengo-Ramírez knowingly presented and caused to be presented to the United States false and fraudulent claims for payment and approval to the Medicare and Medicaid Programs.

33. Under the FCA, a "claim" includes requests for money presented to the United States or to a contractor, grantee or other recipient, if the money is to be used on the government's behalf or to advance a government interest, as long as the United States provided any portion of the money requested.

34. Pursuant to the FCA, the defendants are jointly liable for three times the single damages $99,942 to the United States, for a total FCA liability of $299,826.

35. In addition to treble damages, defendants are liable for civil monetary penalties, which range from $14,308 to $28,619 per violation. Each of these false statements constitute a unique claim of provider fraud on a managed care organization, for which a civil monetary penalty per unique claim must be imposed.

## PRAYER FOR RELIEF

WHEREFORE, the United States respectfully requests that judgment be entered in its favor and against the Defendant for three times the single damages $99,942 to the United States, for a total FCA liability of $299,826, in addition to civil monetary penalties, which range from $14,308 to $28,619 per violation, and such other and further relief as this Court may deem just and proper.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, this 3rd day of February of 2026.

W. Stephen Muldrow
United States Attorney

*s/Rafael J. López-Rivera*
Rafael J. López-Rivera
Assistant United States Attorney
USDC-PR No. 221213
UNITED STATES ATTORNEY'S OFFICE
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Phone Number: (787)766-5656
Facsimile: (787)766-6219
rafael.j.lopez@usdoj.gov