IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORPORACIÓN ADJUNTEÑA DE LA SALUD CAS, ANA DECLET-LARRINAGA AND GLORIA ORENGO-RAMÍREZ,<br><br>Defendants. | CIV. NO.: 26-1054 (SCC) |

## JUDGMENT

The United States of America filed suit against Defendants Corporación Adjunteña de la Salud CAS, Ana Declet-Larrinaga and Gloria Orengo-Ramírez (collectively, "Defendants"). Docket No. 1. The parties engaged in settlement negotiations and ultimately reached an agreement (the "Consent Judgment"), which was tendered at Docket No. 4-1. There, they agreed, *inter alia*, to the entry of judgment in the amount of three hundred thousand dollars ($300,000.00), plus interests to be accrued from the entry of judgment. *Id*. Accordingly, in view of the Consent Judgment, this case is hereby **DISMISSED WITH PREJUDICE.** The Court, however, will retain jurisdiction to enforce the terms of the Consent Judgment. *Id.* at pg. 5, ¶ 2.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18th day of February 2026.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE